UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CAVALIER HOMES, INC., ) <br> individually and on behalf of all others ) <br> similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PFIZER, INC., PHARMACIA CORP., ) <br> and G.D. SEARLE & CO., ) <br> ) <br> Defendants. ) | Civil Action No.: <br> CV-04-J-3512-J |

**MEMORANDUM OPINION AND ORDER**

Currently pending before the court is defendants Pfizer, Inc., Pharmacia Corp., and G.D. Searle LLC's[1] motion to dismiss the First Amended Class Action Complaint (doc 10). The court has reviewed all of the pleadings and briefs submitted to date.

A motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is properly granted when the movant establishes "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Spain v. Brown & Williamson Tobacco Corp.*, 363 F.3d 1183, 1187 (11th Cir. 2004), quoting *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957). In evaluating the motion, facts are construed in the light most favorable to the plaintiff and all

---

[1] G.D. Searle L.L.C. was sued as G.D. Searle & Co.

allegations in the complaint are accepted as true.  *Flynt v. ABB, Inc.*, 337 F.3d 1326, 1328 (11th Cir. 2003).

The plaintiff's claims arise under the Racketeer Influenced and Corrupt Organizations Act (RICO) 18 U.S.C. § 1962(c), state consumer protection statutes, and theories of unjust enrichment.  The only facts alleged concerning the plaintiff are that it is a Delaware corporation with its principal place of business in the Northern District of Alabama.  First Amended Class Action Complaint at ¶ 12.  The plaintiff has failed to allege proper standing to assert these claims.  Specifically, the plaintiff failed to allege any facts demonstrating that it was injured by the acts or omissions of the defendants.  In addition, the plaintiff failed to allege any facts demonstrating that any acts or omissions of the defendants proximately resulted in injury to the plaintiff.

Accepting all of the plaintiff's allegations as true, the plaintiff has alleged no set of facts which would entitle it to relief.

Therefore, this Court orders that defendant's motion to dismiss be and hereby is **GRANTED**.  This case is hereby **DISMISSED**.

**DONE** and **ORDERED** this the 9th day of March, 2005.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE